**Order entered April 17, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01617-CR

### JESSE LEE AUSTIN, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-82407-2013**

## ORDER

The Court has before it the April 12, 2014 motion of Christopher Routt to withdraw as appellant's counsel and an *Anders* brief in support of the motion. The record reflects that Mr. Routt also represented appellant at trial. This Court has held that appellate counsel who also served as trial counsel may not file an *Anders* brief. Rather, if counsel reaches a point in the appeal where he believes the appeal is frivolous and that an *Anders* brief is appropriate, counsel should file a motion to withdraw explaining the conflict, and the appellate court may then abate the appeal for the trial court to appoint new counsel. *See Chandler v. State*, 988 S.W.2d 827, 828 (Tex. App.—Dallas 1999, no pet.).

Accordingly, we **STRIKE** the appellant's brief filed by Mr. Routt and grant his motion to withdraw. We **DIRECT** the Clerk to remove Christopher Routt as appellant's attorney of record.

We **ORDER** the trial court to appoint new counsel to represent appellant in this appeal and to transmit the order of appointment to this Court within **FIFTEEN DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Chris Oldner, Presiding Judge, 416th Judicial District Court; Christopher Routt; and the Collin County District Attorney's Office.

/s/    LANA MYERS
        JUSTICE